

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00210-CV

Lawrence **LAU**,
Appellant

v.

**BREAKAWAY PRACTICE, LLC,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07115
Honorable Tina Torres, Judge Presiding

# O R D E R

The appellee's brief was due on November 15, 2022. However, the appellee has filed an unopposed motion requesting an extension of time to file the appellee's brief. The motion is GRANTED. The appellee's brief is due on or before **November 30, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court